IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY W. KIRK,                                              No. CIV S-09-0668-CMK-P

        Petitioner,

   vs.                                                                    <u>ORDER</u>

S.M. SALINAS,

        Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner seeks the appointment of counsel (Doc. 14).

        There currently exists no absolute right to appointment of counsel in habeas proceedings.  <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/ / /

1

1 | Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment
2 | of counsel (Doc. 14) is denied without prejudice to renewal, at the earliest, after an answer to the
3 | petitioner has been filed.

 DATED: November 18, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE