IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY W. KIRK,

    Petitioner,                    2: 09 - cv - 668 - TJB

    vs.

S.M. SALINAS,

    Respondent.                <u>ORDER</u>
_____/

     Petitioner is a state prisoner proceeding, *pro se*, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his claims, Petitioner argues that he was incompetent to stand trial, and thus his trial violated his Constitutional rights. Respondent answered the petition on June 7, 2011 and lodged several documents including the Clerk's Transcript. The California Court of Appeal's decision cites to the report of Dr. Hoffman regarding Petitioner's competency to stand trial. However, the report was omitted from Respondent's lodged documents. (*See* Clerk's Tr. at p. 13-18.)

     Accordingly, IT IS HEREBY ORDERED that Respondent shall file the report of Dr. Hoffman as indicated in the Clerk's Transcript on p. 13-18 within seven (7) days of this Order.

DATED: July 26, 2011

1

TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE