1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LARRY W. KIRK,

11              Petitioner,              2:  09 - cv - 668 - TJB

12         vs.

13   S.M. SALINAS,

14              Respondent.              <u>ORDER</u>

15   _____/

16        Petitioner is a state prisoner proceeding, *pro se*, with a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254.  In his claims, Petitioner argues that he was incompetent to stand

18   trial, and thus his trial violated his Constitutional rights.  Respondent answered the petition on

19   June 7, 2011 and lodged several documents including the Clerk's Transcript.  The California

20   Court of Appeal's decision cites to the report of Dr. Hoffman regarding Petitioner's competency

21   to stand trial.  However, the report was omitted from Respondent's lodged documents.  *See*

22   Clerk's Tr. at p. 13-18.

23        Respondent was ordered to file the report.  On August 1, 2011, Respondent requested an

24   extension of time until September 1, 2011 to comply with the court ordered production of the

25   report.  That request was granted.  On August 30, 2011, Respondent filed a request to seal Dr.

26   Hoffman's report.  Having reviewed the report, Respondent's request will be granted.  *See* Local

1

1  Rule 141(d).  Respondent shall follow the procedures set forth in Local Rule 141(e) for filing Dr.

2  Hoffman's report, pages 13 through 18 of the Clerk's Transcript, under seal in this court.

3       Accordingly, IT IS HEREBY ORDERED that Respondent's request to file the report of

4  Dr. Hoffman (Clerk's Tr. at p. 13-18) under seal is GRANTED.

5  DATED:  September 1, 2011

6

7

8

9

10       TIMOTHY J BOMMER
     UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26